IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORDIRO RAYMOND BROWN**, | ) | CIVIL ACTION NO.   19-638 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE JOY FLOWERS CONTI |
| | ) | |
| vs. | ) | |
| | ) | |
| **MELINDA ADAMS, SCI Mercer Superintendent, PHILLIP MCCRACKEN, SCI Mercer Security Cpt., and OVA PAMALIA BEHER,** | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

**AND NOW**, this 21ˢᵗ day of January, 2021, for the reasons set forth in the accompanying memorandum opinion, the Report and Recommendation ("R&R") (ECF No. 102) filed by the magistrate judge is **HEREBY ADOPTED**, *as supplemented in the accompanying memorandum opinion*, as the opinion of this court;

**IT IS FURTHER ORDERED** that the objections (ECF No. 103) to the R&R filed by plaintiff Cordiro Raymond Brown ("Brown") are **OVERRULED**;

**IT IS FURTHER ORDERED** that the Motion to Revoke *In Forma Pauperis* Status (ECF No. 28) filed by defendants Melinda Adams, Ova Behr, Richard Coon, and Phillip McCracken (collectively "defendants") is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss for Lack of Exhaustion (ECF No. 28) filed by defendants is **GRANTED**;

**IT IS FURTHER ORDERED** that Motion for Sanctions (ECF No. 82) file by Brown is **DENIED**;

**IT IS FURTHER ORDERED** that the Motion for Sanctions (ECF No. 55) filed by defendants is **GRANTED**;

**IT IS FURTHER ORDERED** that the motion for hearing (ECF No. 106) filed by Brown is **DENIED AS MOOT**;

**IT IS FURTHER ORDERED** that the motion for voluntary dismissal (ECF No. 107) filed by Brown is **DENIED**;

**IT IS FURTHER ORDERED** that the amended complaint (ECF No. 13) is **HEREBY DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED** that the Clerk shall mark this case **CLOSED**.

**IT IS SO ORDERED.**

**/s/ JOY FLOWERS CONTI**
Joy Flowers Conti
Senior United States District Court Judge